# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION
# CIVIL ACTION NO. 6:25-cv-00026-REW-HAI

***ELECTRONICALLY FILED***

ERIE INSURANCE COMPANY                                                                   PLAINTIFF

v.

McQUEEN CONSTRUCTION , LLC;
TRAVIS NUNN; AND
BRANDI NUNN                                                                                  DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, ERIE INSURANCE COMPANY, by and through Counsel, hereby voluntarily dismisses, without prejudice, all of the claims filed against the Defendants in its Verified Complaint for Declaratory Judgment [Doc #1].

Respectfully submitted,

PORTER, BANKS, BALDWIN & SHAW, PLLC

/s/ *Darrin W. Banks*
Darrin W. Banks
327 Main Street
P.O. Drawer 1767
Paintsville, Kentucky 41240
Telephone:  (606) 789-3747
Facsimile:   (606) 314-0417
dbanks@psbb-law.com
*Counsel for Plaintiff, Erie Insurance Company*

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronically filing of all CM/ECF participants. It is further certified that a true copy hereof was served via U.S. mail and/or email upon the following, on this the 25TH day of August, 2025:

McQueen Construction, LLC
Christopher McQueen, Registered Agent
800 Swindling Hollow Road
Annville, Kentucky 40402-963

Travis Nunn
271 Brown Road
Tyner, Kentucky 40486-906

Brandi Nunn
271 Brown Road
Tyner, Kentucky 40486-906


                                              */s/ Darrin W. Banks*
                                              Darrin W. Banks